CENTRAL OF GEORGIA RAILWAY COMPANY *v.* DOZIER.

LAMAR, J. In a suit for damages for killing stock the plaintiff offered no eye-witness to the transaction. While weak and unsatisfactory, the testimony as to the tracks of the animal and other physical facts was sufficient, when aided by the presumption of negligence, to warrant a verdict in favor of the plaintiff, notwithstanding the evidence of the engineer and fireman tended to show the exercise of ordinary care and diligence. See *Central of Ga. Ry. Co. v. Harden,* 113 *Ga.* 455, 114 *Ga.* 548.

        *Judgment affirmed. All the Justices concur.*

Submitted June 5,—Decided June 26, 1903.

Certiorari. Before Judge Butt. Talbot superior court. September 29, 1902.

*Little & Battle* and *A. P. Persons,* for plaintiff in error.
*Jesse J. Bull,* contra.